UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL T. GORDY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-07091-JGB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 69, "FAC") filed by Plaintiff Paul T. Gordy ("Plaintiff"); the Motion to Dismiss the FAC (Dkt. 71, "Motion to Dismiss") filed by Defendant Renita Turner ("Defendant") and the supporting and opposing papers relating thereto; the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 89, "Report"); and the Objections to the Report filed by Plaintiff (Dkt. 90).

　　　The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss (Dkt. 71) is GRANTED;

2. The Second and Fourth Causes of Action of the operative FAC are dismissed with prejudice and the First and Third Causes of Action of the FAC are dismissed without prejudice; and

3. As Plaintiff voluntarily dismissed all previously asserted claims against all other defendants, Judgment shall be entered in accordance with the foregoing.

IT IS SO ORDERED.

Dated: August 30, 2022

JESUS G. BERNAL
United States District Judge