JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL T. GORDY, | Case No. 2:21-cv-07091-JGB-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that:

(1) The First and Third Causes of Action in the First Amended Complaint against Renita Turner are DISMISSED without prejudice; and

(2) All other claims are DISMISSED with prejudice.

Dated: August 30, 2022

JESUS G. BERNAL
United States District Judge